# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 06-1253 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BOBBY A. MCELWEE AND<br>MINNIE CAROL CASON MCELWEE | MAGISTRATE JUDGE SHEMWELL |

## JUDGMENT IN REM

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that there be judgment in rem in favor of Plaintiff, the United States of America, and against Defendants, Bobby A. McElwee and Minnie Carol Cason McElwee, jointly, severally and in solido, for the principal and interest amounts set forth below, plus post-judgment interest thereon at the legal rate as of the date of judgment as specified in 28 U.S.C. § 1961, as follows:

| | |
|---|---|
| Unpaid principal balance of the $146,145.52 note dated April 1, 1989 | $120,831.37 |
| Accrued interest as of June 27, 2006 | $32,254.63 |
| Plus interest thereafter at the note rate of 5% until date of judgment | |

with full recognition and maintenance of Plaintiff's special mortgage, lien and privilege upon the following described property, to wit:

> The North Half of the Northeast Quarter (N/2 of NE/4) of Section 14, Township 22 North, Range 12 West, Bossier Parish, Louisiana.

**IT IS FURTHER ORDERED** that the said hereinabove property be seized and sold by the United States Marshal for the Western District of Louisiana, at public auction, without appraisement, for cash, to the highest bidder, and that out of the proceeds of said sale Plaintiff be paid by preference and priority over all other persons whomsoever, the

amount of the claim with interest; and that the amount realized from said sale be recognized as full satisfaction of the judgment herein. Plaintiff shall have no right to proceed against Defendants for any deficiency judgment.

**IT IS FURTHER ORDERED** that Plaintiff have judgment for all costs of this proceeding.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 20th day of December, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE